469 A.2d 297

Commonwealth v. Kemerer, Appellant.

Argued November 29, 1983. Dennis Brian Rafferty, for appellant; Howard W. Bischoff, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and HESTER, JJ.

Judgment of sentence affirmed.